No. 26. WEST INDIA OIL CO. (PUERTO RICO) *v.* BONET, TREASURER OF PUERTO RICO. October 23, 1940. Manuel V. Domenech, present Treasurer of Puerto Rico, substituted as the party respondent herein in the place and stead of Rafael Sancho Bonet, former Treasurer, on motion of *Mr. James R. Beverley* for the petitioner.